JAMES G. KNAPP, Appellant, *v.* THE PREFERRED MUTUAL ACCI-
DENT ASSOCIATION, of New York, Respondent.

(Submitted October 8, 1891; decided October 20, 1891.)

APPEAL from order of the General Term of the Supreme
Court, in the fifth judicial department, made June 22, 1889,
which reversed a judgment in favor of plaintiff, entered upon
a verdict and reversed an order denying a motion for a new
trial.

*Tabor & Brainard* for appellant.

*E. C. Aiken* for respondent.

Agree to dismiss appeal on authority of *Williams* v. *D., L.
& W. R. R. Co.* (127 N. Y. 643); no opinion.
All concur.
Appeal dismissed.

CONRAD STUBING, Respondent, *v.* JOHN STUBING et al.,
Impleaded, etc., Appellants.

(Argued October 9, 1891; decided October 27, 1891.)

APPEAL from judgment of the General Term of the City
Court of Brooklyn, entered upon an order made October 28,
1889, which affirmed a judgment in favor of plaintiff, entered
upon a decision of the court on trial at Special Term.

*Leopold Leo* for appellants.

*Fernando Solinger* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.